FILED BY _____ D.C.

05 DEC 29 AM 7:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

AUGUSTINE KPUINEN, et. al.,

    Plaintiffs,

vs.

    Case No. 05-2555

CORDOVA SECURITY, INC., et. al.,

    Defendants.

---

Before the Court is the motion of Plaintiffs for entry of a scheduling order.

Upon review of the motion, and for good cause shown, the motion is **GRANTED**.

IT IS SO ORDERED this 23 day of December 2005.

                              BERNICE B. DONALD
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/29/05



IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

AUGUSTINE KPUINEN and
SAMUEL WILLIAMS, *individually and on
behalf of all persons similarly situated*,

Plaintiffs,

v.

CORDOVA SECURITY, INC.,
MARCO YZAGUIRRE and
MIKE ELLIOTT.

Defendants.

CIV. ACTIO NO. 05-2555 DAn
REPRESENTATIVE ACTION COMPLAINT
JURY DEMANDED

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on December 23, 2005. Present were James R. Becker, Jr., counsel for Plaintiff, and Murray Wells, counsel for Defendants. At the conference the following dates were established as the final dates for:

INITIAL DISCLOSURES: December 12, 2005

JOINING PARTIES: January 30, 2006

AMENDING PLEADINGS: January 30, 2006

INITIAL MOTIONS TO DISMISS: February 27, 2006

COMPLETING ALL DISCOVERY: May 29, 2006

(a) DOCUMENT PRODUCTION: May 29, 2006

(b) DEPOSITIONS, INTERROGATORIES
and REQUESTS FOR ADMISSIONS: May 29, 2006

(c) EXPERT WITNESS DISCLOSURE (Rule 26):



EXHIBIT A

|  |  |
|---|---|
| (1) PLAINTIFF'S RULE 26 EXPERT INFORMATION: | March 27, 2006 |
| (2) DEFENDANT'S RULE 26 EXPERT INFORMATION: | April 24, 2006 |
| FILING DISPOSITIVE MOTIONS: | June 26, 2006 |

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the liability phase of this trial is expected to last at least 1-2 days, with the damages phase possibly taking an additional 1-2 days depending on the number of individuals to opt into this representative action. The pretrial order date, pretrial conference date, and the trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery or at such earlier time as the parties may agree.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

                                                Bernice B. Donald
                                                U.S. District Court Judge

                                                DATE: _____

Agreed to:

*[signature]*
James R. Becker, Jr. (016582)
Crone & Mason, PLC
5100 Poplar Ave., Suite 3200
Memphis, TN 38137
(901) 683-1850
*Counsel for Plaintiffs*

*[signature]*
Murray Wells (21749)
81 Monroe Ave., Suite 400
Memphis, TN 38103
(901) 527-2520
*Counsel for Defendants*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02555 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

James R. Becker
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT